PHILIP LIPP, as Administrator of GEORGE LIPP, Deceased, Respondent, *v.* OTIS BROTHERS AND COMPANY, Appellant, Impleaded with CHARLES J. GILLIS and STEPHEN J. GEO-GHEGAN and BENJAMIN ALTMAN, Respondents.

(Submitted March 5, 1900; decided March 13, 1900.)

Motion for reargument denied, with ten dollars costs. (See 161 N. Y. 559.)

---

MORRIS STEINHARDT, Appellant, *v.* JOHN O. BAKER, Respondent.

(Submitted March 5, 1900; decided March 13, 1900.)

MOTION to substitute Dauphine Steinhardt, Dudley S. Harde and Edna R. Steinhardt, as executors of Morris Steinhardt, deceased, as appellants herein.

*Charles E. Miller* for motion.

No one opposed.

Motion for substitution granted, without costs.

---

DE WITT A. HAYES, Respondent, *v.* SIMEON S. GROSS, Appellant.

*Hayes* v. *Gross*, 9 App. Div. 12, affirmed.
(Argued February 15, 1900; decided March 13, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered respectively October 9, 1896 and September 29, 1896, modifying, and affirming as modified a judgment in favor of plaintiff, entered upon the report of a referee.

*Edgar A. Spencer* for appellant.

*A. D. L. Baker* for respondent.

Judgment and order affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, CULLEN and WERNER, JJ. Not sitting, LANDON, J.